HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
RAFFI V. ZEROUNIAN (SBN 236388)
Email: rzerounian@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

G. KIP EDWARDS (SBN 50446)
Email: kedwards@ltol.com
Mailing address:
P.O. Box 1979
Kings Beach, CA 96143
Delivery address:
1132 Regency Way
Tahoe Vista, CA 96148
Telephone: (530) 546-5892
Facsimile: (530) 546-5893

Attorneys for Plaintiff
E. & J. Gallo Winery

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MIRA ENTERPRISES, INC., a California corporation<br><br>　　　　　　Defendant. | Case No. C 07-2529 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

-1-

CONSENT TO PROCEED BEFORE                                                    CASE NO. C 07-2529 RS
A U.S. MAGISTRATE JUDGE

1   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
2   hereby voluntarily consents to have a United States Magistrate Judge, namely, the Honorable Richard
3   Seeborg, conduct any and all further proceedings in the case, including trial, and order the entry of a final
4   judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the
5   Ninth Circuit.

6   Dated: May 17, 2007                     Respectfully submitted,

                                            HARVEY SISKIND LLP
                                            D. PETER HARVEY
                                            RAFFI V. ZEROUNIAN

                                            G. KIP EDWARDS

                                            By:  _____/s/_____
                                                 Raffi V. Zerounian

                                            Attorneys for Plaintiff,
                                            E. & J. GALLO WINERY

-2-
28  CONSENT TO PROCEED BEFORE                                         CASE NO. C 07-2529 RS
    A U.S. MAGISTRATE JUDGE

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is Four Embarcadero Center, 39th Floor, San Francisco, California 94111.

On the date below, I served the following documents:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Surjit Soni, Esq.
Mark Sutton, Esq.
The Soni Law Firm
55 S. Lake Avenue, Suite 720
Pasadena, CA 91101

__X__     **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____     **ELECTRONIC MAIL:** to the designated electronic mail addresses.

_____     **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____     **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____     **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__     **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____     **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 17, 2007 at San Francisco, California.

*Cynthia Lee* (signature)
Cynthia Lee