Surjit P. Soni        (State Bar No. 127419)
Mark L. Sutton        (State Bar No. 120255)
THE SONI LAW FIRM
55 South Lake Avenue, Suite 720
Pasadena, California  91101
Telephone: (626) 683-7600
Facsimile: (626) 683-1199
surj@sonilaw.com
mark@sonilaw.com

Attorneys for Defendant,
Mira Enterprises, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIRA ENTERPRISES, INC., a California corporation,<br><br>    Defendants. | **CASE NO. CV 07-2529 RS**<br><br>**DECLARATION OF TINA AMIRKHANYAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER F.R.Civ.P. 12(b)(3) OR TO TRANSFER UNDER 28 U.S.C. §1404(a)** |

I, Tina Amirkhanyan, declare:

1.   I am a legal secretary at The Soni Law Firm, attorneys for Defendants MIRA ENTERPRISES, INC. in the lawsuit identified as Case No. CV 07-2829-RS in the U.S. District Court for the Northern District of California.  I am personally knowledgeable of the facts contained herein and could and would competently testify thereto if called upon to do so.

1       2.   Attached as Exhibit A is a true and correct copy of the Complaint filed in this action.

2       3.   On June 22nd, 2007, I researched judicial statistics for the U.S. District Court for the Northern District of California on the United States Courts' website, www.uscourts.gov/cgi-bin/cmsd2006.pl, a true and correct copy of which is attached as Exhibit B.  I found that the total number of actions per judgeship in a 12 month period was 620 for 2006.  The pending cases per judge in the same period of time was 583 for 2006 and 468 for 2005.  In addition, the median time from filing of the cases to trial in a 12 month period was 25 months for 2006.  This data is circled on Exhibit B.

3       4.   On June 22nd, 2007, I researched judicial statistics for the U.S. District Court for the Central District of California on the United States Courts' website, www.uscourts.gov/cgi-bin/cmsd2006.pl, a true and correct copy of which is attached as Exhibit C.  I found that the total number of actions per judgeship in a 12 month period was 461 for 2006.  The pending cases per judge in the same period of time was 443 for 2006.  In addition, the median time from filing of the cases to trial in a 12 month period was 21.3 for 2006.  This data is circled on Exhibit C.

//
//
//
//
//
//
//

1    5.   According to publicly available information, the E & J
2 Gallo Winery currently employs more than 5,000
3 people and is one of the world's largest winemaking operations.  A
4 true and correct copy of my Google search printout from
5 www.tibco.com/company/news/releases/2004/press640.jsp is attached
6 as Exhibit D.

8    I declare under penalty of perjury that the foregoing is true
9 and correct.
10    Executed on this 22nd day of June, 2007, at Pasadena,
11 California.

                                        _____
                                        Tina Amirkhanyan

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 55 South Lake Avenue, Suite 720, Pasadena, California 91101.

      On **June 22, 2007**, I caused to be served the foregoing described as **DECLARATION OF TINA AMIRKHANYAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER F.R.Civ.P. 12(b)(3) OR TO TRANSFER UNDER 28 U.S.C. §1404(a)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

D. Peter Harvey, Esq.
Raffi V. Zerounian, Esq.
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, Ca 94111

[X]    (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]    (PERSONAL SERVICE) I caused the above referenced document to be personally served by hand on at the addresses listed below.

[]    (VIA FEDERAL EXPRESS) I caused such envelope to be delivered overnight to addresses listed above.

[]    (FACSIMILE) I caused the attached document to be transmitted to the above listed addressee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 22**, **2007** at Pasadena, California.

                                                          Tina Amirkhanyan