HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
RAFFI V. ZEROUNIAN (SBN 236388)
Email: rzerounian@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

G. KIP EDWARDS (SBN 50446)
Email: kedwards@ltol.com
Mailing address:
P.O. Box 1979
Kings Beach, CA 96143
Delivery address:
1132 Regency Way
Tahoe Vista, CA 96148
Telephone: (530) 546-5892
Facsimile: (530) 546-5893

Attorneys for Plaintiff
E. & J. Gallo Winery

E-filing

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                     Plaintiff,<br><br>     v.<br><br>MIRA ENTERPRISES, INC., a California corporation<br><br>                     Defendant. | Case No. C 07 2529 RS<br><br>COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT AND DILUTION, VIOLATION OF CALIFORNIA CELEBRITY IMAGE PROTECTION ACT, CALIFORNIA TRADEMARK INFRINGEMENT AND DILUTION, CALIFORNIA UNFAIR COMPETITON AND COMMON LAW UNJUST ENRICHMENT |

-1-
COMPLAINT

EXHIBIT
A

1       Plaintiff E. & J. Gallo Winery ("Gallo") for its complaint against defendant Mira Enterprises,

2 Inc. alleges:

3 **JURISDICTION**

4     1.    This is an action seeking damages and injunctive relief for federal trademark

5 infringement under 15 U.S.C. §§ 1051 *et seq.*, federal trademark dilution under 15 U.S.C. § 1125(c),

6 violation of the California Celebrity Image Protection Act, California Civil Code § 3344.1, state

7 trademark infringement under California Business and Professions Code §§ 14200 *et seq.*, state

8 trademark dilution under California Business and Professions Code § 14330, unfair competition

9 under California Business and Professions Code §§ 17200 *et seq.*, and common law unjust

10 enrichment.

11     2.    This Court has subject matter jurisdiction over the federal claims pursuant to 28

12 U.S.C. §§1331, 1338(a) and 15 U.S.C. §1121 because this matter arises under the Lanham Act, 15

13 U.S.C. § 1051, *et seq.*  The Court has supplemental jurisdiction over Gallo's state law claims under

14 28 U.S.C. §§ 1338(b) and 1367(a).

15 **VENUE**

16     3.    Venue properly lies within the Northern District of California pursuant to 28 U.S.C.

17 §1391(b).

18 **INTRADISTRICT ASSIGNMENT**

19     4.    Assignment of this case to this division is proper under Civil Local Rule 3-2(c).

20 **PARTIES**

21     5.    Gallo is a California corporation with its principal place of business in Modesto,

22 California.

23     6.    On information and belief, Defendant Mira Enterprises, Inc. is a California

24 corporation with its principal place of business in Los Angeles, California.

25 **CLAIM ONE**

26 **(Federal Trademark Infringement)**

27     7.    Gallo incorporates by reference the allegations of paragraphs 1 through 6.

28 -2-<br>COMPLAINT

8.      Gallo owns all rights in and to, among others, the federal trademark registrations listed below, each of which is valid and subsisting, uncancelled, unrevoked and incontestable:

| Trademark | Reg. No | Issue Date | Goods |
|---|---|---|---|
| CARLO ROSSI | 1,813,968 | 12-28-93 | Wines |
| CARLO ROSSI | 1,904,572 | 7-11-95 | Wines |

9.      Defendant has obtained a federal trademark registration No. 3,142,535, issued on September 12, 2006, for the word mark CARLO ROSSI for watches.

10.     Defendant has used the trademark CARLO ROSSI without authorization from Gallo in the promotion and sales of goods not produced or authorized by Gallo. On information and belief, these goods include, but are not limited to, watches, necklaces, earrings, pens, bracelets, knives, manicure sets, handbags, wallets and sunglasses. Such unauthorized uses of the CARLO ROSSI mark by defendant create a likelihood of confusion with Gallo's CARLO ROSSI marks and products and constitute an infringement of Gallo's trademark rights under 15 U.S.C. §§ 1114 *et seq.*

11.     Defendant has used, and is continuing to use, the CARLO ROSSI mark with full knowledge of Gallo's trademark rights, and its infringement is willful and deliberate.

12.     Defendant's trademark infringement alleged herein has caused and, unless restrained and enjoined by this Court, will continue to cause irreparable injury to Gallo for which Gallo is without an adequate remedy at law.

## CLAIM TWO

### (Federal Trademark Dilution)

13.     Gallo incorporates by reference the allegations of paragraphs 1 through 12.

14.     The CARLO ROSSI trademark is famous and distinctive and/or has acquired distinctiveness and is widely recognized by the general consuming public of the United States in connection with wines.

15.    Defendant's use of a CARLO ROSSI trademark began after Gallo's CARLO ROSSI trademark became famous. Defendant's use of a CARLO ROSSI trademark is likely to dilute the distinctive quality of the famous CARLO ROSSI mark in violation of 15 U.S.C. § 1125(c).

16.    Defendant's acts alleged herein have caused and, unless restrained and enjoined by this Court, will continue to cause irreparable injury to Gallo for which Gallo is without an adequate remedy at law.

**CLAIM THREE**

**(Violation of California Celebrity Image Protection Act)**

17.    Gallo incorporates by reference the allegations of paragraphs 1 through 16.

18.    Charles "Carlo" Rossi died in 1994. While his given name at birth was "Charles," he was known throughout his adult life as "Carlo."

19.    During his lifetime, Carlo Rossi's name and likeness were featured on wine labels for wines produced by Gallo. This use of the name "Carlo Rossi" and Mr. Rossi's likeness was pursuant to an agreement between Mr. Rossi and Gallo. Gallo is the successor-in-interest to all rights pertaining to the name "Carlo Rossi" and his likeness. Gallo has filed a Registration of Claim as Successor-in-Interest with the California Secretary of State as provided for in California Civil Code Section 3344.1(f).

20.    During his life, the name "Carlo Rossi" and Mr. Rossi were also featured prominently in television commercials, advertising collateral and point-of-sale materials, among other uses. As a result, upon his death Carlo Rossi became a "deceased personality" as that term is used in California Civil Code Section 3344.1.

21.    Defendant's use of the name "Carlo Rossi" on the goods described in paragraph 10 is without Gallo's consent. Defendant's use of "Carlo Rossi" is for the purpose of, among other things, selling and soliciting sales of goods bearing the name "Carlo Rossi."

22.    Defendant's use of "Carlo Rossi" as alleged herein has violated and, unless restrained and enjoined by this Court, will continue to violate California Civil Code Section 3344.1. Pursuant

-4-

COMPLAINT

1  to its agreement with Mr. Rossi, Gallo continues to use his name and image on its CARLO ROSSI

2  wines, website, and advertising.

3      23.    As a result of defendant's violations, Gallo is entitled to an award of statutory

4  damages and defendant's profits from its unauthorized use of "Carlo Rossi."

5      24.    Gallo is entitled to an award of its attorneys' fees and costs pursuant to California

6  Civil Code Section 3344.1(a).

7                                  CLAIM FOUR

8                        (California Trademark Infringement)

9      25.    Gallo incorporates by reference the allegations of paragraphs 1 through 24.

10     26.    Gallo owns all rights in and to California trademark registration no. 098,686 for the

11 trademark CARLO ROSSI for wines, issued on February 15, 1994.

12     27.    Defendant's unauthorized use of the CARLO ROSSI trademark creates a likelihood of

13 confusion with Gallo's marks and products and constitutes an infringement of Gallo's trademark

14 rights under California Business and Professions Code Section 14200 *et seq.*

15     28.    Defendant's acts alleged herein have caused and, unless restrained and enjoined by

16 this Court, will continue to cause irreparable injury to Gallo for which Gallo is without an adequate

17 remedy at law.

18                                  CLAIM FIVE

19                        (California Trademark Dilution)

20     29.    Gallo incorporates by reference the allegations of paragraphs 1 through 28.

21     30.    Defendant's use of a CARLO ROSSI trademark creates a likelihood of injury to the

22 business reputation and of dilution of the distinctive quality of Gallo's CARLO ROSSI mark in

23 violation of California Business and Professions Code Section 14330.

24     31.    Defendant's acts alleged herein have caused and, unless restrained and enjoined by

25 this Court, will continue to cause irreparable injury to Gallo for which Gallo has no adequate remedy

26 at law.

27

28

-5-

COMPLAINT

CLAIM SIX

(California Unfair Competition)

32.    Gallo incorporates by reference the allegations of paragraphs 1 through 31.

33.    Defendant's use of the CARLO ROSSI trademark constitutes unfair competition in violation of California Business and Professions Code Section 17200 *et seq.*

CLAIM SEVEN

(Unjust Enrichment)

34.    Gallo incorporates by reference the allegations of paragraphs 1 through 33.

35.    As a result of the conduct of defendant, it has been unjustly enriched at the expense of Gallo and the law thereby implies a contract by which defendant must pay to Gallo the amount by which, in equity and good conscience, defendant has been unjustly enriched at the expense of Gallo.

PRAYER FOR RELIEF

WHEREFORE, Gallo seeks judgment against defendant as follows:

1.    An injunction against defendant and all persons acting in concert therewith enjoining any further infringement of Gallo's CARLO ROSSI trademark in the United States;

2.    An injunction against defendant and all persons acting in concert therewith enjoining any further dilution of Gallo's CARLO ROSSI trademark in the United States;

3.    An injunction against defendant and all persons acting in concert therewith enjoining any further violations of California Civil Code Section 3344.1;

4.    An injunction against defendant and all persons acting in concert therewith enjoining any further acts of unfair competition in the United States;

5.    An award of statutory damages together with defendant's profits from the use of CARLO ROSSI in the United States;

6.    An award in the amount by which defendant has been unjustly enriched;

7.    An order compelling the Commissioner of Trademarks of the United States to cancel federal trademark registration No. 3,142,535, issued on September 12, 2006, to defendant for the word mark CARLO ROSSI for watches;

-6-

COMPLAINT

1    8.    An award of Gallo's reasonable attorneys' fees and costs; and

2    9.    Such other and further relief as the Court deems just and proper.

3

4    Dated: May 11, 2007                         Respectfully submitted,

5                                                HARVEY SISKIND LLP
6                                                D. PETER HARVEY
                                                 RAFFI V. ZEROUNIAN
7
                                                 G. KIP EDWARDS
8
                                                 By: _____
9                                                    D. Peter Harvey

10                                               Attorneys for Plaintiff
11                                               E. & J. GALLO WINERY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -7-
                                 COMPLAINT

10

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 11, 2007                           Respectfully submitted,

                                              HARVEY SISKIND LLP
                                              D. PETER HARVEY
                                              RAFFI V. ZEROUNIAN

                                              G. KIP EDWARDS

                                              By: _____
                                                      D. Peter Harvey

                                              Attorneys for Plaintiff,
                                              E. & J. GALLO WINERY

-8-
COMPLAINT

11

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| CALIFORNIA NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,683 | 6,362 | 6,727 | 6,919 | 7,887 | 6,841 | U.S. | Circuit |
| | Terminations | | 6,983 | 6,966 | 6,471 | 7,094 | 6,675 | 6,069 | | |
| | Pending | | 8,157 | 6,557 | 7,267 | 7,567 | 7,958 | 6,928 | | |
| | % Change in Total Filings | Over Last Year | | 36.5 | | | | | 4 | 1 |
| | | Over Earlier Years | | | 29.1 | 25.5 | 10.1 | 26.9 | 10 | 2 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | 3.1 | 12.0 | 3.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 620 | 455 | 480 | 494 | 563 | 489 | 11 | 3 |
| | | Civil | 558 | 390 | 413 | 424 | 510 | 439 | 6 | 2 |
| | | Criminal Felony | 37 | 39 | 44 | 47 | 42 | 50 | 82 | 12 |
| | | Supervised Release Hearings** | 25 | 26 | 23 | 23 | 11 | - | 36 | 12 |
| | Pending Cases | | 583 | 468 | 519 | 541 | 568 | 495 | 12 | 2 |
| | Weighted Filings** | | 621 | 543 | 581 | 631 | 598 | 610 | 5 | 2 |
| | Terminations | | 499 | 498 | 462 | 507 | 477 | 434 | 28 | 5 |
| | Trials Completed | | 8 | 10 | 10 | 11 | 11 | 11 | 91 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.2 | 12.6 | 11.1 | 11.7 | 11.8 | 10.1 | 75 | 11 |
| | | Civil** | 7.4 | 9.8 | 8.2 | 10.6 | 9.5 | 9.1 | 11 | 3 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 28.0 | 22.5 | 30.3 | 23.5 | 22.7 | 41 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 528 | 530 | 430 | 377 | 475 | 335 | | |
| | | Percentage | 7.3 | 9.5 | 6.9 | 5.7 | 6.7 | 5.6 | 60 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.5 | 1.4 | 1.5 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 59.09 | 55.21 | 61.19 | 65.00 | 66.42 | 60.46 | | |
| | | Percent Not Selected or Challenged | 43.2 | 31.0 | 48.9 | 40.9 | 47.2 | 42.2 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7812 | 128 | 2118 | 1540 | 105 | 23 | 487 | 577 | 481 | 464 | 745 | 105 | 1039 |
| Criminal* | 507 | 16 | 58 | 134 | 70 | 89 | 18 | 28 | 8 | 9 | 15 | 27 | 35 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."



# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | | |
| | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 12,909 | 14,630 | 16,938 | 14,720 | 15,440 | 15,342 | | |
| | Terminations | 13,680 | 16,173 | 15,269 | 15,800 | 16,936 | 16,906 | | |
| | Pending | 12,401 | 13,180 | 14,720 | 13,129 | 14,525 | 16,142 | | |
| | % Change in Total Filings — Over Last Year | | -11.8 | | | | | 83 | 13 |
| | % Change in Total Filings — Over Earlier Years | | | -23.8 | -12.3 | -16.4 | -15.9 | 81 | 13 |
| Number of Judgeships | | 28 | 28 | 28 | 28 | 27 | 27 | | |
| Vacant Judgeship Months** | | 53.9 | 24.8 | 2.3 | 23.6 | 63.9 | 57.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 461 | 523 | 605 | 526 | 572 | 568 | 36 | 7 |
| | FILINGS — Civil | 397 | 450 | 515 | 451 | 490 | 521 | 18 | 4 |
| | FILINGS — Criminal Felony | 36 | 45 | 60 | 49 | 58 | 47 | 84 | 14 |
| | FILINGS — Supervised Release Hearings** | 28 | 28 | 30 | 26 | 24 | - | 30 | 11 |
| | Pending Cases | 443 | 471 | 526 | 469 | 538 | 598 | 26 | 7 |
| | Weighted Filings** | 518 | 565 | 651 | 590 | 584 | 557 | 24 | 6 |
| | Terminations | 489 | 578 | 545 | 564 | 627 | 626 | 32 | 7 |
| | Trials Completed | 12 | 13 | 12 | 14 | 12 | 14 | 79 | 11 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 12.4 | 10.3 | 8.2 | 9.4 | 8.6 | 9.1 | 82 | 14 |
| | From Filing to Disposition — Civil** | 7.2 | 7.4 | 7.3 | 7.5 | 7.9 | 7.1 | 10 | 2 |
| | From Filing to Trial** (Civil Only) | 21.3 | 20.5 | 17.8 | 21.2 | 20.0 | 21.0 | 29 | 4 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 1,240 | 809 | 624 | 609 | 650 | 541 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 11.6 | 7.2 | 5.0 | 5.4 | 5.2 | 3.8 | 79 | 14 |
| | Average Number of Felony Defendants Filed Per Case | 1.6 | 1.5 | 1.4 | 1.4 | 1.4 | 1.5 | | |
| | Jurors — Avg. Present for Jury Selection | 64.08 | 47.33 | 49.01 | 49.49 | 54.63 | 61.75 | | |
| | Jurors — Percent Not Selected or Challenged | 55.7 | 48.3 | 49.4 | 51.6 | 55.5 | 58.8 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11104 | 994 | 211 | 2833 | 274 | 58 | 754 | 1330 | 497 | 1425 | 1188 | 80 | 1460 |
| Criminal* | 999 | 3 | 151 | 234 | 88 | 228 | 54 | 46 | 43 | 43 | 25 | 35 | 49 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."



EXHIBIT

C


The Power of Now™

# E. & J. Gallo Winery Honored with Top Spot in 2004 InformationWeek 500

**World's Largest Wine Producer Ranked as Leading IT Innovator**

CHICAGO, Ill. – October 11, 2004 – TIBCO USER CONFERENCE (TUCON™) – TIBCO Software Inc. (NASDAQ: TIBX), a leading enabler of real–time business and the world's largest independent business integration software company, congratulates E. & J. Gallo Winery for receiving the number one ranking in the 2004 InformationWeek 500. The InformationWeek 500 tracks and showcases the most innovative users of information technology, spanning twenty–one industries and a universe of large U.S. companies, and provides unrivaled insight into the companies' business-technology practices. E. & J. Gallo Winery utilizes TIBCO solutions to provide a single view of their extended enterprise – – an example of the kind of cutting edge IT practices that InformationWeek recognizes when compiling the IT innovator ranking.

InformationWeek recognizes E. & J. Gallo Winery's record of successful innovation across its business practices, technology methods and IT–staff management. The scope of Gallo's product line – 95 brands sold across 90 countries – requires IT management to pay close attention to its technology infrastructure. TIBCO technology plays a critical role in managing the diverse landscape that comprises E. & J. Gallo's extended enterprise.

"We congratulate E. & J. Gallo on this achievement," says Ram Menon, senior vice president of Worldwide Marketing, TIBCO Software Inc. "By using technology to increase productivity, promote brand loyalty and make information easily available to employees and business partners, E. & J. Gallo continues to demonstrate their place among leading IT innovators."

## About E. & J. Gallo

The E & J Gallo Winery currently employs more than 5,000 people and markets its wines throughout the U.S. and over 90 foreign countries, making it one of the largest winemaking operations in the world. Over the past seventy years, E. & J. Gallo Winery has become the world's foremost winery in the art and science of grape growing and winemaking; and in the distribution and marketing of wines worldwide. With five wineries strategically located in various parts of California and access to grapes from vineyards in all of the premier grape-growing areas of California, Gallo produces wines in every category, to suit every taste.

## About TIBCO Software

TIBCO Software Inc. (NASDAQ:TIBX) is the leading independent business integration software company in the world, demonstrated by market share and analyst reports. In addition, TIBCO is a leading enabler of Real–Time Business, helping companies become more cost–effective, more agile and more efficient. TIBCO has delivered the value of Real–Time Business, what TIBCO calls The Power of Now®, to over 2,000 customers around the world and in a wide variety of industries. For more information on TIBCO's proven enterprise backbone, business integration, business process management, and business optimization solutions, TIBCO can be reached at +1 650-846-1000 or on the Web at www.tibco.com. TIBCO is headquartered in Palo Alto, CA.

**EXHIBIT**

*D*

TIBCO, the TIBCO logo, The Power of Now and TIBCO Software are trademarks or registered trademarks of TIBCO Software Inc. in the United States and/or other countries. All other product and company names and marks mentioned in this document are the property of their respective owners and are mentioned for identification purposes only.

Copyright 2000-2007 TIBCO Software Inc | Privacy Policy | Terms of Use | Contact | Site Map