**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————————
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        408.535.5364


**July 10, 2007**


**CASE NUMBER:  CV 07-02529 RS**
**CASE TITLE:  E AND J GALLO WINERY-v-MIRA ENTERPRISES INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/10/07


FOR THE EXECUTIVE COMMITTEE:


_____
                                              Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 7/10/07


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA