UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E & J GALLO WINERY, | C 07-02529 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| MIRA ENTERPRISES, INC., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for August 29, 2007 before the Honorable Judge Richard Seeborg has been rescheduled for **September 10, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4TH floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 31, 2007.

The parties are directed to contact Judge Ware's Courtroom Deputy to re-notice Defendant's Motion on Judge Ware's calendar.

Dated: July 10, 2007                    RICHARD W. WIEKING,
                                        Clerk of Court

                                        /s/_____
                                        Martha Parker Brown
                                        Deputy Clerk