Surjit P. Soni    (State Bar No. 127419)
Mark L. Sutton    (State Bar No. 120255)
THE SONI LAW FIRM
55 South Lake Avenue, Suite 720
Pasadena, California  91101
Telephone: (626) 683-7600
Facsimile: (626) 683-1199
surj@sonilaw.com
mark@sonilaw.com

Attorneys for Defendant,
Mira Enterprises, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MIRA ENTERPRISES, INC., a California corporation, <br><br> Defendants. | **CASE NO. CV 07-02529 JW** <br><br> **DEFENDANT'S RE-NOTICE OF ITS MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE UNDER F.R.Civ.P. 12(b)(3) AND 28 U.S.C. §1406(a), OR TO TRANSFER UNDER 28 U.S.C. §1404(a)** <br><br> Date: October 1, 2007 <br> Time: 9:00 a.m. <br> Place: Courtroom 8, Hon. James Ware |

DEFENDANT'S MOTION TO DISMISS

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on October 1, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above entitled court located at 280 South 1st Street, San Jose 95113, in Courtroom 8, Defendant Mira Enterprises, Inc. ("Defendant") will and hereby does move this Court to dismiss this action, or transfer this action to the U.S. District Court for the Central District of California, based on improper venue and for the convenience of the witnesses and the parties, as well as the interests of justice. *See* F.R.Civ.P. 12(b)(3); 28 U.S.C. §§ 1391(b), 1404(a), 1406(a).

This is a re-notice of a motion previously filed on June 22, 2007, and set for hearing on August 1, 2007, before this case was reassigned to Judge Ware.

This motion is based on this Re-notice of Motion, the Re-submission of Defendant's Memorandum of Points and Authorities for this motion, the Re-submission of Declarations of Sunil Lalwani and Tina Amirkhanyan and Exhibits A-D in support of this motion, and upon such other arguments and evidence as may be presented to the Court at the time of the hearing.

Dated: July 27, 2007

Respectfully submitted,

THE SONI LAW FIRM

By:_____
Surjit P. Soni
Mark L. Sutton
Attorneys for Defendant,
Mira Enterprises, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 55 South Lake Avenue, Suite 720, Pasadena, California 91101.

On July 27, 2007, I caused to be served the foregoing described as **DEFENDANT'S RE-NOTICE OF ITS MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE UNDER F.R.Civ.P. 12(b)(3) AND 28 U.S.C. §1406(a), OR TO TRANSFER UNDER 28 U.S.C. §1404(a)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

D. Peter Harvey, Esq.
Raffi V. Zerounian, Esq.
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, Ca 94111

[X]  (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]  (PERSONAL SERVICE) I caused the above referenced document to be personally served by hand on at the addresses listed below.

[]  (VIA FEDERAL EXPRESS) I caused such envelope to be delivered overnight to addresses listed above.

[]  (FACSIMILE) I caused the attached document to be transmitted to the above listed addressee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2007 at Pasadena, California.

_____
Tina Amirkhanyan