```
 1  Surjit P. Soni        (State Bar No. 127419)
    Mark L. Sutton        (State Bar No. 120255)
 2  THE SONI LAW FIRM
    55 South Lake Avenue, Suite 720
 3  Pasadena, California  91101
    Telephone: (626) 683-7600
 4  Facsimile: (626) 683-1199
    surj@sonilaw.com
 5  mark@sonilaw.com

 6  Attorneys for Defendant,
    Mira Enterprises, Inc.
 7
```

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation, | ) **CASE NO. CV 07-02529 JW** <br> ) <br> ) |
| Plaintiff, | ) |
| | ) **DEFENDANT'S RE-SUBMISSION OF ITS** <br> ) **EVIDENCE IN SUPPORT OF ITS MOTION** |
| vs. | ) **TO DISMISS OR TRANSFER FOR** <br> ) **IMPROPER VENUE UNDER F.R.Civ.P.** <br> ) **12(b)(3) AND 28 U.S.C. §1406(a),** |
| MIRA ENTERPRISES, INC., a California corporation, | ) **OR TO TRANSFER UNDER 28 U.S.C.** <br> ) **§1404(a)** <br> ) |
| Defendant. | ) Date: October 1, 2007 <br> ) Time: 9:00 a.m. <br> ) Place: Courtroom 8, Hon. James <br> )           Ware |

1  Defendant Mira Enterprises, Inc. hereby resubmits and attaches
2  its declarations of Sunil Lalwani and Tina Amirkhanyan and Exhibits
3  A through D in support of its motion to dismiss or transfer under
4  F.R.Civ.P. 12(b)(3) and 28 U.S.C. §1406(a), or to transfer under 28
5  U.S.C. §1404(a).  These documents were previously filed in this
6  Court on June 22, 2007.  The motion was previously noticed for
7  hearing on August 1, 2007.  In the interim, this action has been
8  reassigned to Judge Ware and reset for a hearing date of October 1,
9  2007.

10

11  Dated: July 27, 2007                 Respectfully submitted,

12                                       THE SONI LAW FIRM

13

14                                       By:_____
                                             Surjit P. Soni
15                                           Mark L. Sutton
                                             Attorneys for Defendant,
16                                           Mira Enterprises, Inc.

17

_____1_____**DEFENDANT'S MOTION TO DISMISS**

1
2
3
## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 55 South Lake Avenue, Suite 720, Pasadena, California 91101.

On July 27, 2007, I caused to be served the foregoing described as **DEFENDANT'S RE-SUBMISSION OF ITS EVIDENCE IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE UNDER F.R.Civ.P. 12(b)(3) AND 28 U.S.C. §1406(a), OR TO TRANSFER UNDER 28 U.S.C. §1404(a)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

D. Peter Harvey, Esq.
Raffi V. Zerounian, Esq.
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, Ca 94111

[X]    (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]    (PERSONAL SERVICE) I caused the above referenced document to be personally served by hand on at the addresses listed below.

[]    (VIA FEDERAL EXPRESS) I caused such envelope to be delivered overnight to addresses listed above.

[]    (FACSIMILE) I caused the attached document to be transmitted to the above listed addressee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2007 at Pasadena, California.

Tina Amirkhanyan