United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E AND J GALLO WINERY, | No. C 07-02529 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| MIRA ENTERPRISES INC, | |
| Defendant(s). | |
| _____ / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss or Transfer Venue before Judge James Ware previously noticed for October 1, 2007 at 9:00 AM has been reset to **October 22, 2007, at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 30, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy