IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E & J Gallo Winery,<br><br>      Plaintiff,<br>  v.<br><br>Mira Enterprises, Inc. et al.,<br><br>      Defendants. | NO. C 07-02529 JW<br><br>**ORDER VACATING CASE<br>MANAGEMENT CONFERENCE** |

    A Case Management Conference is presently scheduled for September 10, 2007 in the above entitled case. However, the Court has set October 22, 2007 as a hearing date for Defendants' Motion to Dismiss or Transfer. In light of the potentially case dispositive motion, the Court finds it inefficient to conduct a case management conference prior to the hearing on the motion. Accordingly, the Court VACATES the September 10, 2007 Case Management Conference date. The Court will set another date in its Order regarding the motion after the hearing, if necessary.

Dated: August 14, 2007

                                            JAMES WARE<br>
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

D. Peter Harvey pharvey@harveysiskind.com
Gary Kip Edwards kedwards@ltol.com
Raffi Vaheh Zerounian rzerounian@harveysiskind.com
Surjit Paul Singh Soni surj@sonilaw.com

**Dated: August 14, 2007**                               **Richard W. Wieking, Clerk**

                                       **By:   /s/ JW Chambers**
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**