# EXHIBIT 2
# TO DECLARATION OF PAUL W. REIDL
# IN SUPPORT OF PLAINTIFF E. & J. GALLO
# WINERY'S OPPOSITION TO DEFENDANT'S
# MOTION TO DISMISS FOR IMPROPER VENUE
# OR, IN THE ALTERNATIVE,
# TO TRANSFER THIS ACTION
# TO THE CENTRAL DISTRICT OF CALIFORNIA

*E. & J. Gallo Winery v. Mira Enterprises, Inc.*
**Case No. C 07-2529 JW**

Int. Cl.: 33

Prior U.S. Cl.: 47



**United States Patent and Trademark Office**  Reg. No. 1,813,968
Registered Dec. 28, 1993

## TRADEMARK
### PRINCIPAL REGISTER



E. & J. GALLO WINERY (CALIFORNIA CORPORATION), DBA CARLO ROSSI VINEYARDS
600 YOSEMITE BOULEVARD
MODESTO, CA 95353

FOR: WINES, IN CLASS 33 (U.S. CL. 47).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

THE NAME "CARLO ROSSI" AND PORTRAIT SHOWN IN THE MARK IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 74-368,265, FILED 3-15-1993.

MICHAEL MASON, EXAMINING ATTORNEY

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 1813968  SERIAL NO: 74/368265  MAILING DATE: 02/05/2004
REGISTRATION DATE: 12/28/1993
MARK: CARLO ROSSI AND DESIGN
REGISTRATION OWNER: E. & J. GALLO WINERY

CORRESPONDENCE ADDRESS:
PAUL W. REIDL
600 YOSEMITE BOULEVARD
MODESTO, CA 95354

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*******************************************

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*******************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
033.

COPELAND, VICKY L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6A (3/2003)

Int. Cl.: 33

Prior U.S. Cl.: 47

Reg. No. 1,904,572

**United States Patent and Trademark Office**  Registered July 11, 1995

## TRADEMARK
## PRINCIPAL REGISTER

### CARLO ROSSI

E. & J. GALLO WINERY (CALIFORNIA CORPORATION), DBA CARLO ROSSI VINEYARDS
600 YOSEMITE BOULEVARD
MODESTO, CA 95354

FOR: WINES, IN CLASS 33 (U.S. CL. 47).
FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.

OWNER OF U.S. REG. NO. 1,813,968.

THE NAME IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-535,456, FILED 6-9-1994.

MICHAEL MASON, EXAMINING ATTORNEY



**NOTICE OF ACCEPTANCE OF §8 DECLARATION AND §9 RENEWAL**
MAILING DATE: Aug 4, 2005

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059. The declaration is accepted and renewal is granted. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov/.

REG NUMBER: 1904572
MARK: CARLO ROSSI
OWNER: E. & J. GALLO WINERY