# EXHIBIT 3
# TO DECLARATION OF PAUL W. REIDL
# IN SUPPORT OF PLAINTIFF E. & J. GALLO
# WINERY'S OPPOSITION TO DEFENDANT'S
# MOTION TO DISMISS FOR IMPROPER VENUE
# OR, IN THE ALTERNATIVE,
# TO TRANSFER THIS ACTION
# TO THE CENTRAL DISTRICT OF CALIFORNIA

*E. & J. Gallo Winery v. Mira Enterprises, Inc.*
Case No. C 07-2529 JW



# welcome to
## Mira Enterprises, Inc.
### Mira Miami, Inc, and Kripa LLC...

With warehouses located in Los Angeles, Miami, and New York, Mira has emerged as a world leader in the importing and distributing of watches and electronics. Since 1984, Mira has serviced clients worldwide with our line of private brands including Kish, Romy, and Paul Jardin. In addition, we have served as master distributors for recognized brands including Citizen, Sharp, and Panasonic, among a host of others. Through our committment to providing clients with premium customer service, we have recently launched our online catalog.


**browse** — our online catalogue


**locate** — our upcoming trade events


**contact** — one of our locations

**watches**
- Audel
- Kish
- Q&Q
- Paul Jardin

**electronics**
- Citizen
- Romy

**calculators, c & translators**
- Casio
- Citizen
- Franklin
- Seiko Instrum
- Sharp

**premiums an**
- Audel
- Romy

**headphones**
- Citizen
- Panasonic
- Phillips
- Sony

**a/v cleaning**
- Romy

**hair clippers**
- Wahl

---

**Los Angeles Location**
Mira Enterprises, Inc.
1349 South Broadway
Los Angeles, CA 90015
P. 213 746 4853
Fax 213 746 3550
Mirala@aol.com

**New York Location**
Kripa LLC
130 W. 29th Street
New York NY 10001
P. 212 560 9133
Fax 212 560 9131
Kripa@kripaworld.com

**Miami Location**
Mira Miami Inc
126 N.E. 1st Street
Miami FL 33132
P. 305 373 5777
Fax 305 373 4999
MiraMiamil@aol.com

home | about us | products | shows & events | contact us

Copyright 2001, Mira Enterprises, Inc.
All rights reserved.



Thank you for your interest in Mira Enterprises. Below is a listing of our three US locations:

| Los Angeles Location | New York Location | Miami Location |
|---|---|---|
| Mira Enterprises, Inc. | Kripa LLC | Mira Miami Inc |
| 1349 South Broadway | 130 W. 29th Street | 128 N.E. 1st Avenue |
| Los Angeles, CA 90015 | New York NY 10001 | Miami FL 33132 |
| P. 213 746 4853 | P. 212 560 9133 | P. 305 373 5777 |
| Fax 213 746 3550 | Fax 212 560 9131 | Fax 305 373 4999 |
| Mirala@aol.com | Kripa@kripaworld.com | MiraMiami@aol.com |



Mira Enterprises wo hear from you...

To contact us via email, please submit the following form and we will send you a response to your enquiry within 2 business days.

Name:

Company/Org.:

Address:

Address 2:

City:

State:

Zip Code/Pin Code:

Country:

Work Phone:

Fax Number:

Email Address:

Area of Interest:    Order Products

Comments:

Submit

home | about us | products | shows & events | contact us

Copyright 2001, Mira Enterprises, Inc.
All rights reserved.

# Mira Enterprises, Inc.
## Importers & Distributors of Watches and Electronics

home | about us | products | shows & events | contact

## ABOUT US

Formed in 1984 in Los Angeles, California, Mira started business as a watch importer for a select group of clients. With modest beginnings accompanied with hard work, Mira has emerged into a leading importer and distributor of watches and electronics. Today, we have three strategically located warehouses in three major cities.

- Mira Enterprises, Inc. (Los Angeles, CA)
- Mira Miami, Inc. (Miami, FL)
- Kripa LLC (New York, NY)

With the growth of our company, has come the growth and expansion of our product line to include leading electronics brands such as Sony, Philips, and Casio.



Mira Enterprises has warehouses located strategically in three US cities:

home | about us | products | shows & events | contact us

Copyright 2001, Mira Enterprises, Inc.
All rights reserved.



### PRODUCT CATALOGUE

Mira Enteprises, Inc. supplies the very best in watches, electronics and more. We invite you to review our product catalogue online. Below is a sample of the products we currently import and distribute.



**watches**
Audel | Kbh | Q&Q | Paul Jardin

**electronics**
Citizen | Romy

**calculators/translators**
Casio | Citizen | Franklin | Seiko | Sharp

**premiums/promotionals**
Audel | Romy

**headphones/accessories**
Citizen | Panasonic | Philips | Sony

**a/v cleaning products**
Romy

**hair clippers**
Wahl

For over twenty years, Mira Enterprises has provided clients with quality watches and electronics.

home | about us | products | shows & events | contact us

Copyright 2001, Mira Enterprises, Inc.
All rights reserved.



## PRODUCT CATALOGUE

*Paul Jardin*

**Style # GA5164 (Men)**

| | | | |
|---|---|---|---|
| $4.50 | $4.50 | $4.50 | $4.50 |

**Style # GA5187 (Men)**

| | | | |
|---|---|---|---|
| $4.50 | $4.50 | $4.50 | $4.50 |

**Style # GA5190 (Men)**

| | | | |
|---|---|---|---|
| $4.50 | $4.50 | $4.50 | $4.50 |

**Style # GA5195 (Men)**

| | | | |
|---|---|---|---|
| $4.50 | $4.50 | $4.50 | $4.50 |

↶ previous page

**watches**
- Audel
- Kish
- Q&Q
- Paul Jardin

**electronics**
- Citizen
- Romy

**calculators, data banks & translators**
- Casio
- Citizen
- Franklin
- Seiko Instruments
- Sharp

**premiums and promotionals**
- Audel
- Romy

**headphones & accessories**
- Citizen
- Panasonic
- Phillips
- Sony

**a/v cleaning products**
- Romy

**hair clippers**
- Wahl