EXHIBIT 4
TO DECLARATION OF PAUL W. REIDL
IN SUPPORT OF PLAINTIFF E. & J. GALLO
WINERY'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS FOR IMPROPER VENUE
OR, IN THE ALTERNATIVE,
TO TRANSFER THIS ACTION
TO THE CENTRAL DISTRICT OF CALIFORNIA

*E. & J. Gallo Winery v. Mira Enterprises, Inc.*
Case No. C 07-2529 JW



**DISCLAIMER:** The information displayed here is current as of JUL 06, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| MIRA ENTERPRISES, INC. |||
| **Number:** C1303432 | **Date Filed:** 4/2/1984 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 1349 SOUTH BROADWAY |||
| LOS ANGELES, CA 90015 |||
| Agent for Service of Process |||
| ANIL LALWANI |||
| 1349 SOUTH BROADWAY |||
| LOS ANGELES, CA 90015 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.