# EXHIBIT 5
## TO DECLARATION OF PAUL W. REIDL IN SUPPORT OF PLAINTIFF E. & J. GALLO WINERY'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER THIS ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA

*E. & J. Gallo Winery v. Mira Enterprises, Inc.*
Case No. C 07-2529 JW

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| CALIFORNIA EASTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 5,676 | 5,364 | 5,666 | 5,715 | 5,299 | 5,029 | | |
| | Terminations | | 4,873 | 5,212 | 5,243 | 5,090 | 5,051 | 4,939 | | |
| | Pending | | 7,057 | 6,358 | 6,266 | 6,081 | 5,640 | 5,618 | | |
| | % Change in Total Filings | Over Last Year | 5.8 | | | | | | 9 | 2 |
| | | Over Earlier Years | | .2 | -.7 | 7.1 | 12.9 | | 25 | 4 |
| Number of Judgeships | | | 6 | 6 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months** | | | 4.0 | .0 | .0 | .0 | 10.0 | 12.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 946 | 895 | 810 | 816 | 757 | 718 | 2 | 1 |
| | | Civil | 756 | 715 | 662 | 644 | 604 | 602 | 3 | 1 |
| | | Criminal Felony | 136 | 127 | 103 | 123 | 119 | 116 | 10 | 3 |
| | | Supervised Release Hearings** | 54 | 53 | 45 | 49 | 34 | - | 8 | 3 |
| | Pending Cases | | 1,176 | 1,060 | 895 | 869 | 806 | 803 | 2 | 1 |
| | Weighted Filings** | | 927 | 856 | 787 | 767 | 758 | 706 | 1 | 1 |
| | Terminations | | 812 | 869 | 749 | 727 | 722 | 706 | 5 | 1 |
| | Trials Completed | | 16 | 18 | 17 | 16 | 12 | 16 | 61 | 8 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.8 | 10.2 | 10.9 | 9.8 | 10.2 | 9.8 | 61 | 9 |
| | | Civil** | 10.1 | 10.7 | 9.3 | 9.7 | 9.1 | 9.4 | 55 | 10 |
| | From Filing to Trial** (Civil Only) | | 34.0 | 32.5 | 27.5 | 34.0 | 26.0 | 28.4 | 72 | 11 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 642 | 448 | 442 | 394 | 393 | 441 | | |
| | | Percentage | 10.5 | 8.2 | 8.1 | 7.7 | 8.2 | 8.9 | 75 | 11 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.5 | 1.4 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 43.26 | 21.89 | 37.75 | 53.50 | 43.71 | 41.04 | | |
| | | Percent Not Selected or Challenged | 35.0 | 33.0 | 35.1 | 43.4 | 42.8 | 42.7 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4534 | 326 | 114 | 2396 | 85 | 35 | 111 | 235 | 149 | 99 | 759 | 6 | 219 |
| Criminal* | 811 | 28 | 144 | 202 | 76 | 177 | 29 | 72 | 17 | 25 | 19 | 6 | 16 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."