Surjit P. Soni        (State Bar No. 127419)
Mark L. Sutton        (State Bar No. 120255)
THE SONI LAW FIRM
55 South Lake Avenue, Suite 720
Pasadena, California  91101
Telephone: (626) 683-7600
Facsimile: (626) 683-1199
surj@sonilaw.com
mark@sonilaw.com

Attorneys for Defendant,
Mira Enterprises, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>MIRA ENTERPRISES, INC., a California corporation,<br><br>       Defendants. | CASE NO. CV 07-2529 RS<br><br>**DECLARATION OF TINA AMIRKHANYAN IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR IMPROPER VENUE UNDER F.R.Civ.P. 12(b)(3) OR TO TRANSFER UNDER 28 U.S.C. §1404(a)** |

I, Tina Amirkhanyan, declare:

1.   I am a legal secretary at The Soni Law Firm, attorneys for Defendants MIRA ENTERPRISES, INC. in the lawsuit identified as Case No. CV 07-2829-RS in the U.S. District Court for the Northern District of California.  I am personally knowledgeable of the facts contained herein and could and would competently testify thereto if called upon to do so.

1   2.   On October 8, 2007, I did a trademark search on the
2   USPTO website for the CARLO ROSSI trademark and found two
3   registration summaries for that mark owned by E. & J. GALLO WINERY.
4
5   3.   Attached as Exhibits A and B are true and correct copies
6   of the CARLO ROSSI trademark summary printouts from the USPTO
7   website.  They both show that a "Section 15" affidavit has been
8   filed.
9
10      I declare under penalty of perjury that the foregoing is true
11  and correct.
12      Executed on this 8th day of October, 2007, at Pasadena,
13  California.

                                    _____
                                    Tina Amirkhanyan



United States Patent and Trademark Office

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Oct 6 04:07:02 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:   OR [Jump] to record:   **Record 3 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| Word Mark | CARLO ROSSI |
| Goods and Services | IC 033. US 047. G & S: wines. FIRST USE: 19620000. FIRST USE IN COMMERCE: 19620000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74535456 |
| Filing Date | June 9, 1994 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 18, 1995 |
| Registration Number | 1904572 |
| Registration Date | July 11, 1995 |
| Owner | (REGISTRANT) E. & J. GALLO WINERY DBA Carlo Rossi Vineyards CORPORATION CALIFORNIA 600 Yosemite Boulevard Modesto CALIFORNIA 95354 |
| Attorney of Record | Paul W. Reidl |
| Prior Registrations | 1813968 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050804. |
| Renewal | 1ST RENEWAL 20050804 |
| Other Data | The name in the mark does not identify a living individual. |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST]

EXHIBIT A

NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Oct 6 04:07:02 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 2 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CARLO ROSSI |
| **Goods and Services** | IC 033. US 047. G & S: wines. FIRST USE: 19780000. FIRST USE IN COMMERCE: 19780000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.01 - Busts of men facing forward; Heads of men facing forward; Men - heads, portraiture, or busts facing forward; Portraiture of men facing forward<br>02.01.31 - Men, stylized, including men depicted in caricature form<br>06.09.02 - Vineyards<br>20.03.10 - Alcohol bottle labels; Bottles, labels for alcohol bottles; Labels, alcohol bottles |
| **Serial Number** | 74368265 |
| **Filing Date** | March 15, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 5, 1993 |
| **Registration Number** | 1813968 |
| **Registration Date** | December 28, 1993 |
| **Owner** | (REGISTRANT) E. & J. GALLO WINERY DBA Carlo Rossi Vineyards CORPORATION CALIFORNIA 600 Yosemite Boulevard Modesto CALIFORNIA 95353 |



EXHIBIT B

| | |
|---|---|
| Attorney of Record | PAUL W. REIDL |
| Description of Mark | The lining is a feature of the mark and does not indicate color. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040205. |
| Renewal | 1ST RENEWAL 20040205 |
| Other Data | The name "CARLO ROSSI" and portrait shown in the mark is a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 55 South Lake Avenue, Suite 720, Pasadena, California 91101.

On **October 8, 2007**, I caused to be served the foregoing described as **DECLARATION OF TINA AMIRKHANYAN IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR IMPROPER VENUE UNDER F.R.Civ.P. 12(b)(3) OR TO TRANSFER UNDER 28 U.S.C. §1404(a)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

D. Peter Harvey, Esq.
Raffi V. Zerounian, Esq.
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, Ca 94111

[X]   (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]   (PERSONAL SERVICE) I caused the above referenced document to be personally served by hand on at the addresses listed below.

[]   (VIA FEDERAL EXPRESS) I caused such envelope to be delivered overnight to addresses listed above.

[]   (FACSIMILE) I caused the attached document to be transmitted to the above listed addressee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 8, 2007** at Pasadena, California.

_____
Tina Amirkhanyan

DECLARATION OF Tina Amirkhanyan
CV 07-2529 RS