# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

**Judge: James Ware**
**Date:  10/22/2007**
**Case No: C-07- 02529 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**Interpreter: N/A**

### TITLE

**E & J Gallo Winery v. Mira Enterprises Inc.**

**Attorney(s) for Plaintiff(s)**: Kip Edwards
**Attorney(s) for Defendant(s)**: Surjit Soni

### PROCEEDINGS

**Defendant's Motion to Dismiss or Transfer Venue**

### ORDER AFTER HEARING

Hearing held.  The Court took this matter under submission after oral argument.  The Court to issue further order on Motion.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: