**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
**San Jose, California** 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

November 29, 2007

*United States District Court*
*G-8 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

RE: CV 07-02529 JW   E & J GALLO WINERY-v-MIRA ENTERPRISES INC

Dear Clerk,

 Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

  ☒ Certified copy of docket entries.

  ☒ Certified copy of Transferral Order.

  ☒ Original case file documents.

  ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

 Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk


      by:  <u>Cindy Vargas</u>
      Case Systems Administrator

Enclosures
Copies to counsel of record

November 29, 2007

**These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.